Argued November 23, affirmed November 23, petition for rehearing denied December 22, 1970, petition for review denied February 17, 1971

STATE OF OREGON, *Respondent*, (No. C-52618)
*v.* JOHN ALLEN LOGAN, *Appellant.*

476 P2d 823

*Ken C. Hadley*, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*J. Bradford Shiley, Jr.*, Special Assistant to Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

## MEMORANDUM DECISION

This appeal presented no unusual or difficult questions. Having previously studied the briefs, immediately upon conclusion of argument, and after briefly stating to counsel our reasons, we ruled from the bench. Setting forth those reasons in a detailed opinion would add nothing of value to the existing body of judicial precedent. Our ruling was:

Affirmed.